**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: February 9, 2011
Court Reporter:      Tracy Weir

Civil Action No. 10-cv-02702-MSK-KMT

_Parties_:                                            _Counsel Appearing_

KATHIE POKOIK,                                         Frances Koncilja

        Plaintiff,

v.

1111 TOWER, LLC, a Delaware limited liability company;   Elizabeth Getches
LAND TITLE GUARANTEE COMPANY, a Colorado                 Kimberly Bruetsch
corporation; and
JOHN DOES 1 through 5, whose true names are unknown,

        Defendant.

---

## COURTROOM MINUTES

---

**HEARING:**   Law and Motion

**10:06 a.m.**   **Court in session.**

The Court addresses plaintiff's Motion to Stay Pending Arbitration (**Doc. #6**) and Motion to Dismiss (**Doc. #16**).

Argument by all counsel.

**ORDER:**   Plaintiff's Amended Complaint will be filed by **February 16, 2011**.  The Motion to Dismiss (**Doc. #16**) is **DENIED as moot.**

**ORDER:**   Plaintiff's Motion to Stay Pending Arbitration (**Doc. #6**) is **GRANTED in part and DENIED in part.**  The stay is granted as to all claims asserted against

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

defendant 1111 Tower, LLC pending the determination of arbitration and denied with regard to claims against defendant Land Title Guarantee Company.

**10:16 a.m.**       **Court in recess.**

**Total Time:    10 minutes.**
**Hearing concluded.**