IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02702-MSK-KMT

KATHIE POKOIK, an individual,

      Plaintiff,

v.

1111 TOWER, LLC, a Delaware limited liability company;
LAND TITLE GUARANTEE COMPANY, a Colorado corporation; and
JOHN DOES 1 through 5, whose true names are unknown,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss (**#42**) filed June 7, 2011.  The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED**.  All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 7th day of June, 2011.

BY THE COURT:

Marcia S. Krieger
United States District Judge